UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ANTHONY LAMAR ALLEN,

                Petitioner,

    vs.

STEVE SINCLAIR,

                Respondent.

NO.  CV-11-237-JLQ

ORDER GRANTING MOTION TO
WITHDRAW; DISMISSING FIRST
AMENDED PETITION WITHOUT
PREJUDICE; AND TO CLOSE FILE

BEFORE THE COURT is Petitioner's Motion to Withdraw First Amended
Petition, ECF No. 19, which he noted for hearing without oral argument on December 9,
2011.  Petitioner is proceeding *pro se*; Respondent has not been served.

The Motion was heard without oral argument on the date signed below.  For good
cause shown, **IT IS ORDERED** Petitioner's Motion, ECF No. 19, is **GRANTED,** and
the First Amended Petition shall be **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this
Order, enter judgment of dismissal of the First Amended Petition without prejudice,
forward a copy to Petitioner, and close the file. The Court further certifies there is no
basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App.
P. 22(b).

**DATED** this 2nd day of November 2011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE