AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTHONY LAMAR ALLEN,

                Petitioner,

                v.

STEVE SINCLAIR,

                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-237-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Petitioner's Motion, ECF No. 19, is GRANTED, and the First Amended Petition shall be DISMISSED without prejudice.

November 2, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia